UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>          Applicant,<br><br>     v.<br><br>NEWMAN LIVESTOCK 11, INC.<br><br><br>          Respondent. | Case No.:  1:13-mc-00007-SAB<br><br>ORDER TO SHOW CAUSE<br><br>DATE:          May 8, 2013<br>TIME:           9:30 a.m.<br>COURTROOM 9 |

The National Labor Relations Board (herein called the Board), by its Acting General Counsel, and by William A. Baudler, Regional Director for Region 32, has applied for an order directing Newman Livestock 11, Inc. herein called Respondent, to obey subpoena *duces tecum* B-567974.  Having shown good cause,

IT IS ORDERED that Respondent appear before Magistrate Judge Stanley A. Boone at the United States Courthouse in Fresno, California on May 8, 2013, at 9:30 a.m. in Courtroom 9, to show cause why an order should not issue directing Respondent's custodian of records to

1 appear before a Board agent at such time and place as the Board agent may designate, and there
2 and then to produce the documents requested in subpoena *duces tecum* No. B-567974, and to
3 answer, through sworn affidavit or deposition, at the discretion of the Regional Director of
4 Region 32 of the Board, any and all questions relevant and material to the subpoenaed
5 documents relating to the proceedings before the Board in Cases 32-CA-084178, 32-CA-084180,
6 and 32-CA-084191, pursuant to Section 10 of the National Labor Relations Act, as amended [29
7 U.S.C. § 151 et seq.].

8   IT IS FURTHER ORDERED that Respondent file an answer to the Application with the
9 Clerk of this Court and serve copies thereof upon Applicant at its office located at 1301 Clay
10 Street, Suite 300N, Oakland, California, 94612-5224 on or before April 17, 2013.  Applicant's
11 reply, if any, is due on or before May 1, 2013; and

12   IT IS FURTHER ORDERED that service of copies of this Order and the Application
13 upon which it is issued be made without delay upon Respondent, in any manner provided in the
14 Federal Rules of Civil Procedure by a United States Marshal, by an individual employed by the
15 National Labor Relations Board, or an individual designated by the National Labor Relations
16 Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of
17 such service be filed herein.

20 IT IS SO ORDERED.

22   Dated:   **March 8, 2013**   _____
  UNITED STATES MAGISTRATE JUDGE