UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>                Applicant,<br><br>        v.<br><br>NEWMAN LIVESTOCK 11, INC.<br><br>                Respondent. | Case No.:  1:13-mc-00007-SAB<br><br>ORDER REQUIRING OBEDIENCE TO SUBPOENA *DUCES TECUM* |

On March 6, 2013, Applicant National Labor Relations Board ("Board") applied for an order directing Respondent Newman Livestock 11, Inc., to obey subpoena *duces tecum* No. B-567974.  An order to show cause hearing was held on May 8, 2013, before Magistrate Judge Stanley A. Boone.  Counsel Catherine Ventola appeared for the Board and Hillel Shaman appeared for Newman Livestock 11, Inc.  At the hearing, Mr. Shaman produced documents which he asserted were responsive to the requests in attachment A of subpoena duces tecum No. B-567974.

1        The Court ORDERS that Respondent's custodian of records appear at the **National Labor Relation Board, Oakland Regional Office, 1301 Clay Street, Suite 300N, Oakland, California, on Thursday, May 16, 2013, at 9:00 a.m.** to answer, through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all questions relevant and material to the subpoenaed documents relating to the proceedings in Cases 32-CA-084178, 32-CA-084180, and 32-CA-084191, now pending before the Board, pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq.].  Any additional documents responsive to the subpoena duces tecum shall be produced on May 16, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **May 8, 2013**  

_____
UNITED STATES MAGISTRATE JUDGE