# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Plaintiff,<br><br>    v.<br><br>NEWMAN LIVESTOCK, INC.,<br><br>    Defendants. | Case No.  1:13-mc-00007-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS OF ACTION WITH TEN DAYS |

On March 6, 2013, Plaintiff National Labor Relations Board filed a petition for the enforcement of a subpoena against Defendant Newman Livestock, Inc. (ECF No. 1.) Following an order to show cause hearing, Defendant was ordered to produce documents responsive to the subpoena on May 16, 2013.  Plaintiff is HEREBY ORDERED to notify the Court, within ten days from the date of service of this order, if all responsive documents have now been produced

IT IS SO ORDERED.

Dated:   **August 13, 2013**                    _____
                                                 UNITED STATES MAGISTRATE JUDGE

1