UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>　　　　Applicant,<br><br>　　v.<br><br>NEWMAN LIVESTOCK 11, INC.<br><br>　　　　Respondent. | Case No.: 1:13-mc-00007-SAB<br><br>ORDER CLOSING CASE<br><br>(ECF No. 9) |

　　The National Labor Relations Board (herein called the Board), by its Acting General Counsel, and by William A. Baudler, Regional Director for Region 32, applied for an order directing Newman Livestock 11, Inc. herein called Respondent, to obey subpoena *duces tecum* B-567974.   On May 8, 2013, the Court issued an Order requiring Respondent's custodian of records to appear at the Oakland Regional Office of the National Labor Relations Board on Thursday, May 16, 2013, at 9:00 a.m. to and produce the subpoenaed documents relating to the proceedings in Cases 32-CA-084178, 32-CA-084180, and 32-CA-084191.

On August 13, 2013, an order issued requiring Plaintiff to notify the Court of the status of the case.  On August 16, 2013, Plaintiff filed a motion to close the action stating that respondent has complied with the Order to produce the subpoenaed documents.  Having been notified by the Board that Respondent has complied with that Order, the matter is HEREBY ORDERED to be CLOSED.

IT IS SO ORDERED.

Dated:   **August 19, 2013**

UNITED STATES MAGISTRATE JUDGE